(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | United States Bankruptcy Court<br>_EASTERN_ District of _KENTUCKY_ | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Abrams, Johannes Christian** | Name of Joint Debtor (Spouse)(Last, First, Middle):<br>**Abrams, Elizabeth Sue** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Chris Abrams** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**aka Beth Abrams** |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)**7318** | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all)**3390** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**319 Port William Lane**<br>**Carrollton KY  41008** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**319 Port William Lane**<br>**Carrollton KY  41008** |
| County of Residence or of the<br>Principal Place of Business:  **Carroll** | County of Residence or of the<br>Principal Place of Business:  **Carroll** |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | Mailing Address of Joint Debtor (if different from street address):<br>**SAME** |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): **NOT APPLICABLE** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**  (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed**  (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts**  (Check one box) | **Filing Fee**  (Check one box) |
|---|---|
| ☒ Consumer/Non-Business    ☐ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**  (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | |
| ☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information**        (Estimates only)        THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses
paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | *Johannes Christian Abrams and Elizabeth Sue Abrams* | |

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Johannes Christian Abrams*
Signature of Debtor

**X** */s/ Elizabeth Sue Abrams*
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

**X** */s/ Lisa F. Osborne*
Signature of Attorney for Debtor(s)

*Lisa F. Osborne 89011*
Printed Name of Attorney for Debtor(s)

*Osborne Law Office*
Firm Name

*509 Highland Ave.*
Address

*PO Box 333*

*Carrollton KY  41008*

*(502) 732-9994*
Telephone Number                    Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** */s/ Lisa F. Osborne*
Signature of Attorney for Debtor(s)                    Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re *Johannes Christian Abrams*
   *aka Chris Abrams*
   *and*
   *Elizabeth Sue Abrams*
   *aka Beth Abrams*

Case No.
Chapter  7

_____ / Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

---

## DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| Year to date: $ 12,880<br> Last Year:   $ 19,476<br>Year before: $ 15,960 | *Steele Technical Services Inc.* |
| Year to date: $  5,302<br> Last Year:   $ 14,201<br>Year before: $ 10,100 | *Carroll County Fiscal Court* |
| Year to date:<br> Last Year:<br>Year before: | *Adecco Temporary Services* |

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 3. Payments to creditors.

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:Steve Glauber* | *7/1/2005* | *$500* | |
| *Address:1338 Hwy 389, Carrollton,* | *6/1/2005* | *$500* | |
| *KY 41008* | *5/1/2005* | *$500* | |

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 4. Suits and administrative proceedings, executions, garnishments and attachments.

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 5. Repossessions, foreclosures and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 6. Assignments and receiverships.

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 7. Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 8. Losses.

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 9. Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Lisa F. Osborne* *Address:* *509 Highland Ave.* *PO Box 333* *Carrollton, KY 41008* | *Date of Payment: 6/10/2005* *Payor: Johannes Christian Abrams* | *$700.00* |

## 10. Other transfers.

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

☒ NONE

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| *Owner: Billie Wolf*<br>*Address: Milton, KY  40045* | *Description: Brown Sectional Couch*<br>*Value: $50.00* | *Debtor's house - 319 Port William Lane, Carrollton, KY  41008* |

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| *Debtor: Johannes Abrams*<br>*Address:718 Seventh Street, Carrollton, KY 41008* | *Name(s): Chris Abrams* | *4/1/2003 - 12/19/2004* |
| *Debtor:Elizabeth Abrams*<br>*Address:718 Seventh Street, Carrollton, KY  41008* | *Name(s):Elizabeth Abrams; Beth Abrams* | *4/1/2003 - 12/19/2004* |

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under any Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

Form 7 (12/03) - West Group, Rochester, NY

**18. Nature, location and name of business**

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

☒ NONE

---

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

---

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature _*/s/ Johannes Christian Abrams*_____
                                        *Johannes Christian Abrams*

Date _____    Signature _*/s/ Elizabeth Sue Abrams*_____
                                        *Elizabeth Sue Abrams*

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor    Case No._____

(if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | | |

**TOTAL $**   _0.00_

No continuation sheets attached    **(Report also on Summary of Schedules.)**

FORM B6B (10/89) West Group, Rochester, NY

In re  _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor        Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash* *Location: In debtor's possession* | J | *$ 10.00* |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account* *Location: First National Bank, Carrollton* | J | *$ 1.00* |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Household Goods and Furnishings* *Location: In debtor's possession* | J | *$ 775.95* |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Books/Pictures/Art Objects/Compact Discs/DVDs* *Location: In debtor's possession* | J | *$ 124.30* |
| 6. Wearing apparel. | | *Clothes* *Location: In debtor's possession* | J | *$ 312.00* |
| 7. Furs and jewelry. | | *Jewelry* *Location: In debtor's possession* | J | *$ 139.50* |
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Guns/Fishing Equipment/Hobby* *Location: In debtor's possession* | J | *$ 426.00* |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |

FORM B6B (10/89) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _Automobile - 1994 Dodge Dakota_ _Location: In debtor's possession_ | J | $ 1,477.00 |
| | | _Automobile - 1994 Nissan Sentra XE_ _Location: In debtor's possession_ | J | $ 1,400.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | _Personal Computer_ _Location: In debtor's possession_ | J | $ 600.00 |

Page __2__ of __3__

FORM B6B (10/89) West Group, Rochester NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor    Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | _Lawn Mower/Weed Eater/Hose & Reel Location: In debtor's possession_ | J | $ 80.00 |
| | | _Truck Accessories - extra set of rims Location: In debtor's possession_ | J | $ 125.00 |

Total ➡    $ 5,470.75

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_    / Debtor     Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):   Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):   Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash | K.R.S. §427.160 | $ 10.00 | $ 10.00 |
| Checking Account | K.R.S. §427.160 | $ 1.00 | $ 1.00 |
| Household Goods and Furnishings | K.R.S. §427.010(1) | $ 775.95 | $ 775.95 |
| Books/Pictures/Art Objects/Compact Discs/DVDs | K.R.S. §427.160 | $ 124.30 | $ 124.30 |
| Clothes | K.R.S. §427.010(1) | $ 312.00 | $ 312.00 |
| Jewelry | K.R.S. §427.010(1) | $ 139.50 | $ 139.50 |
| Guns/Fishing Equipment/Hobby | K.R.S. §427.160 | $ 426.00 | $ 426.00 |
| Automobile - 1994 Dodge Dakota | K.R.S. §427.010(1) | $ 1,477.00 | $ 1,477.00 |
| Automobile - 1994 Nissan Sentra XE | K.R.S. §427.010(1) | $ 1,400.00 | $ 1,400.00 |
| Personal Computer | K.R.S. §427.160 | $ 600.00 | $ 600.00 |
| Lawn Mower/Weed Eater/Hose & Reel | K.R.S. §427.160 | $ 80.00 | $ 80.00 |
| Truck Accessories | K.R.S. §427.160 | $ 125.00 | $ 125.00 |

FORM B6D (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_____ / Debtor          Case No._____

                                                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  _0021_  Creditor # : 1 DELL FINANCIAL SVCS/CI 12234 N IH 35 SB BLDG B AUSTIN TX 78754 | J | 2002-04-01  Personal Computer  Value: $ 600.00 | | | | $ 431.60 | $ 0.00 |
| Account No:  _0004_  Creditor # : 2 EAGLE FINANCIAL SERVICES 317 LAGRANGE SQUAR LA GRANGE KY 40031 | J | 2004-12-14  Automobile - 1994 Dodge Dakota,  Value: $ 2,877.00 | | | | $ 5,975.00 | $ 3,098.00 |
| Account No:  _0201_  Creditor # : 3 WORLD ACCEPTANCE CORP 101 FLOYD DR CARROLLTON KY 41008 | W | 2004-08-01  Household Goods and Furnishings  Value: $ 775.95 | | | | $ 354.00 | $ 354.00 |
| Account No:  _6801_  Creditor # : 4 WORLD ACCEPTANCE CORP 101 FLOYD DR CARROLLTON KY 41008 | H | 2004-12-01  Household Goods and Furnishings  Value: $ 775.95 | | | | $ 1,198.00 | $ 422.05 |

No continuation sheets attached

Subtotal $ (Total of this page)     7,958.60

Total $ (Use only on last page. Report  total also on Summary of Schedules)     7,958.60

FORM B6E (4/04) West Group, Rochester, NY

In re _Johannes Christian Abrams   and Elizabeth Sue Abrams_____ / Debtor        Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

No continuation sheets attached

FORM B6F (12/03) West Group, Rochester, NY

In re  *Johannes Christian Abrams  and Elizabeth Sue Abrams*    / Debtor       Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | |
| Account No:   *3331*<br>*Creditor # : 1*<br>*Allied Interstate*<br>*(Sprint PCS)*<br>*PO Box 361475*<br>*Columbus OH 43236-1475* | *J* | *7/1/2005*<br>*Telephone bill*<br>*collecting for Sprint PCS, *4367* | | | | *$ 306.47* |
| Account No:   *4931*<br>*Creditor # : 2*<br>*America Online*<br>*GPO*<br>*PO Box 17400*<br>*Jacksonville FL 32245-7400* | *J* | *7/1/2005*<br>*Arrearage on Executory Contract* | | | | *$ 27.85* |
| Account No:   *8007*<br>*Creditor # : 3*<br>*Baptist Hospital Northeast*<br>*PO Box 32870*<br>*Louisville KY 40232-2870* | *J* | *7/1/2005*<br>*Medical Bills* | | | | *$ 1,588.30* |
| Account No:   *0485*<br>*Creditor # : 4*<br>*Bellsouth*<br>*PO Box 1262*<br>*Charlotte NC 28201-1262* | *J* | *7/1/2005*<br>*Telephone bill* | | | | *$ 497.02* |

_7_ continuation sheets attached

Subtotal $      *2,419.64*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_____ / Debtor    Case No._____
                                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband<br>W--Wife<br>J--Joint<br>C--Community | | | | | |
| Account No:    7689<br>Creditor # : 5<br>Caritas Physicians Group<br>PO Box 950135<br>Dept 52673<br>Louisville KY 40295-0135 | J | 7/1/2005<br>Medical Bills<br>same as GLA *2957 | | | | | $ 333.00 |
| Account No:    etal<br>Creditor # : 6<br>Carroll County Hospital<br>309 Eleventh Street<br>Carrollton KY 41008-1435 | J | 7/1/2005<br>Medical Bills<br>9437, 4816, 4705, 9450, 4782, 5056,<br>5041, 3081, 0630, 4771, and 0626. | | | | | acct cont. |
| Account No:    etal<br>Creditor # : 7<br>Carroll County Hospital<br>309 Eleventh Street<br>Carrollton KY 41008-1435 | J | 7/1/2005<br>Medical Bills<br>7556, 5530, 2263, 6630, 3496, 0201,<br>7523, 5039, 3631, 4745, 4729, | | | | | acct cont. |
| Account No:    etal<br>Creditor # : 8<br>Carroll County Hospital<br>309 Eleventh Street<br>Carrollton KY 41008-1435 | J | 7/1/2005<br>Medical Bills<br>0629, 5040, 4820, 5049, 9071, 5365,<br>7814, 5152, 2853, 1065, 9859, | | | | | $ 17,700.00 |
| Account No:    5-20<br>Creditor # : 9<br>Castor, Hon. Anthony J.<br>(KDH & Health Services)<br>320 Walnut Street<br>Madison IN 47250 | J | 7/1/2005<br>Medical Bills<br>same as KDH & Health Services,<br>61485-20 | | | | | Unknown |
| Account No:    9464<br>Creditor # : 10<br>CBCS<br>(Cingular Wireless)<br>PO Box 69<br>Columbus OH 43216 | J | 7/1/2005<br>Telephone bill<br>same as Cingular Wireless | | | | | $ 310.16 |

Sheet No.    1  of      7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    18,343.16
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    1452<br><br>Creditor # : 11<br>Clinical Associates, PSC<br>PO Box 437169<br>Louisville KY 40253-7169 | | J | 7/1/2005<br>Medical Bills | | | | $ 253.00 |
| Account No:    5488<br><br>Creditor # : 12<br>Collectech Systems Inc.<br>(Sprint PCS)<br>PO Box 4157<br>Woodland Hills CA 91365 | | J | 7/1/2005<br>Telephone bill<br>Collecting for Sprint PCS | | | | Unknown |
| Account No:    0908<br><br>Creditor # : 13<br>Columbia House<br>PO Box 1114<br>1400 N. Fruitridge Avenue<br>Terre Haute IN 47811 | | J | 7/1/2005<br>Dvd club | | | | $ 121.11 |
| Account No:    8766<br><br>Creditor # : 14<br>Corporate Receivables Inc.<br>(Household Bank)<br>PO Box 32995<br>Phoenix AZ 85064-2995 | | J | 7/1/2005<br><br>collecting for Household Bank | | | | $ 857.30 |
| Account No:    4218<br><br>Creditor # : 15<br>CRED PROTECTIONS ASSOC<br>(Insight Communications)<br>1355 NOEL RD SUITE 2100<br>DALLAS TX 75240 | | J | 2002-10-01<br>Arrearage on Executory Contract<br>same as Insight Communications | | | | $ 170.00 |
| Account No:    5-20<br><br>Creditor # : 16<br>Credit Bureau of Madison<br>(King's Daughters' Hospital)<br>548 Inglis Street<br>Madison IN 47250 | | J | 7/1/2005<br>Medical Bills<br>same as King's Daughters' Hospital | | | | $ 0.00 |

Sheet No.   2  of   7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    1,401.41
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ ____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No:   0201<br><br>Creditor # : 17<br>Credit Bureau Systems, Inc.<br>(Carroll County Hospital)<br>PO Box 11788<br>Lexington KY 40578-1788 | J | 7/1/2005<br>Medical Bills<br>Carroll Co. Hospital, act #s *4014, *9098, *5152, *2853 | | | | | | | Unknown |
| Account No:   5389<br><br>Creditor # : 18<br>Credit Collection Services<br>(Progressive Insurance Co.)<br>PO Box 55126<br>Boston MA 02205-5126 | J | 7/1/2005<br>Insurance | | | | | | | $ 67.63 |
| Account No:   2387<br><br>Creditor # : 19<br>Diagnostic Imaging Alliance<br>Dept. 8054<br>Carol Stream IL 60122-8054 | H | 2004-10-01<br>Medical Bills<br>same as GLA *2387 and *4306 and *5152 | | | | | | | $ 178.00 |
| Account No:   97 6<br><br>Creditor # : 20<br>Dial Adjustment Bureau<br>(Sports Illustrated)<br>960 Macarthur Blvd.<br>Mahwah NJ 07495-0011 | J | 7/1/2005<br>Magazine<br>Collecting for Sports Illustrated | | | | | | | $ 39.95 |
| Account No:   1069<br><br>Creditor # : 21<br>DISCOVER FINANCIAL SVC<br>PO BOX 15316<br>WILMINGTON DE 19850 | J | 7/1/2005<br>Credit Card Purchases<br>open account - no balance | | | | | | | $ 0.00 |
| Account No:   7193<br><br>Creditor # : 22<br>Frost-Arnett Company<br>(Bellsouth & Bsouth Telecommu)<br>PO Box 198988<br>Nashville TN 37219-8988 | J | 7/1/2005<br>Telephone bill<br>Collecting for Bellsouth and<br>Bellsouth Telecommunications, acct # | | | | | | | Unknown |

Sheet No.  _3_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $

(Total of this page)

285.58

Total $

(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:   9305<br><br>Creditor # : 23<br>GLA COLLECTION CO INC<br>(Baptist Hosp Northeast)<br>PO BOX 991199<br>LOUISVILLE KY 40269 | J | 7/1/2005<br>Medical Bills<br>Also, Louisville ENT Assoc., acct # 6895, $40 | | | | $ 664.40 |
| Account No:   1240<br><br>Creditor # : 24<br>GLOBAL PAYMENTS CHECK<br>7050 UNION PARK CTR<br>MIDVALE UT 84047 | H | 2002-12-01 | | | | $ 27.00 |
| Account No:   9742<br><br>Creditor # : 25<br>Global Vantedge<br>(Bellsouth)<br>PO Box 940<br>Brookfield WI 53008-0940 | J | 7/1/2005<br>Telephone bill | | | | $ 144.64 |
| Account No:   8766<br><br>Creditor # : 26<br>HSBC/BSBUY<br>PO BOX 15519<br>WILMINGTON DE 19850 | J | 2002-06-01<br>Credit Card Purchases | | | | $ 880.00 |
| Account No:   5-20<br><br>Creditor # : 27<br>King's Daughters' Hospital<br>P.O. Box 159<br>Madison IN 47250 | J | 7/1/2005<br>Medical Bills<br>same as Credit Bureau of Madison | | | | $ 138.00 |
| Account No:   90*1<br><br>Creditor # : 28<br>Louisville Collectors & Assoc.<br>(Cosmo Model & Talent, Inc.)<br>12700 Shelbyville Rd.<br>Louisville KY 40243 | J | 7/1/2005<br>Collecting for Cosmo Model & Talent, Inc. | | | | $ 1,180.00 |

Sheet No.   4   of   7   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    3,034.04
(Total of this page)
Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:  7295<br>Creditor # : 29<br>*Louisville ENT Associates, PSC*<br>*Medical Arts Building*<br>*1169 Eastern Pkwy, Suite 1234*<br>*Louisville KY 40217* | J | 7/1/2005<br>*Medical Bills* | | | | | $ 80.33 |
| Account No:  2934<br>Creditor # : 30<br>*Nationwide Credit Inc.*<br>*(Directv)*<br>*2015 Vaughn Rd NW, Ste 30*<br>*Kennesaw GA 30144* | H | 2005-02-01<br>*Cable bill* | | | | | $ 162.00 |
| Account No:  5152<br>Creditor # : 31<br>*NCO Financial Systems, Inc.*<br>*(Diagnostic Imaging Alliance)*<br>*Department 8054*<br>*Carol Stream IL 60122-8054* | J | 7/1/2005<br>*Medical Bills* | | | | | Unknown |
| Account No:  6017<br>Creditor # : 32<br>*North Shore Agency, Inc.*<br>*(Baby's First Disney Books)*<br>*PO Box 8922*<br>*Westbury NY 11590-8922* | J | 7/1/2005<br>*Book Club*<br>*Collecting for Disney Books* | | | | | $ 31.91 |
| Account No:  0513<br>Creditor # : 33<br>*OSI Collection Services, Inc.*<br>*(Radio Shack Logo 311 &312)*<br>*PO Box 946*<br>*Brookfield WI 53008-0946* | J | 7/1/2005<br>*Credit Card Purchases*<br>*Collecting for Radio Shack* | | | | | Unknown |
| Account No:  0021<br>Creditor # : 34<br>*Oxford Management Services*<br>*Dell Financial*<br>*CS 9018*<br>*Melville NY 11747* | J | 6/1/2005 | | | | | Unknown |

Sheet No.  5  of  7 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $      274.24
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_____ / Debtor    Case No. _____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | | c o n t i n g e n t | u n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    6809 Creditor # : 35 Parenting Magazine PO Box 60001 Tampa FL 33660-0001 | J | 7/1/2005 Magazine | | | | | $ 20.00 |
| Account No:    5376 Creditor # : 36 Progressive Management Systems 1521 West Cameron Ave  PO Box 2220 West Covina CA 91793-9917 | J | 7/1/2005 Cell phone for Verizon Wireless | | | | | Unknown |
| Account No:    5784 Creditor # : 37 Quest Diagnostic PO Box 41652 Philadelphia PA 19101-1652 | J | 7/1/2005 Medical Bills | | | | | $ 31.20 |
| Account No:    0513 Creditor # : 38 Radio Shack PO Box 689182 Des Moines IA 50364-0001 | J | 7/1/2005 Credit Card Purchases | | | | | $ 1,234.78 |
| Account No:    3000 Creditor # : 39 RSHK/CBUSA PO BOX 9714 GRAY TN 37615 | H | 2003-08-01 Arrearage on Executory Contract same as Radio Shack | | | | | $ 1,234.00 |
| Account No:    -082 Creditor # : 40 Scholastic 2931 East McCarty Street Jefferson City MO 65101 | J | 7/1/2005 Magazine | | | | | $ 28.00 |

Sheet No.    6    of    7    continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    2,547.98
(Total of this page)

Total $
(Report total also on Summary of Schedules)

FORM B6F (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams_ _and Elizabeth Sue Abrams_ ____ / Debtor    Case No._____
                                                                                (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **5488** Creditor # : 41 Sprint PCS PO Box 361743 Columbus OH 43236 | | J | 7/1/2005 Telephone bill same as Collectech Systems Inc. | | | | $ 201.40 |
| Account No: **2034** Creditor # : 42 Terminix 1830 Airport Exchange Blvd Suite 190 Elsmere KY 41018 | | J | 7/1/2005 Pest control | | | | $ 186.30 |
| Account No: **7501** Creditor # : 43 Tri-County Obgyn 1023 New Moody Lane #103 LaGrange KY 40031 | | J | 7/1/2005 Medical Bills | | | | $ 21.00 |
| Account No: **1001** Creditor # : 44 Tyson Schwab Short & Weiss PSC 222 Building 222 S. 1st St, Ste 600 Louisville KY 40202-5302 | | J | 7/1/2005 Medical Bills | | | | $ 32.50 |
| Account No: **0000** Creditor # : 45 VERIZON WIRELESS/GREAT 1515 WOODFIELD RD STE140 SCHAUMBURG IL 60173 | | H | 2003-10-01 Cell phone | | | | $ 321.00 |
| Account No: | | | | | | | |

Sheet No. __7__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ _762.20_
(Total of this page)

Total $ _29,068.25_
(Report total also on Summary of Schedules)

FORM B6G (10/89) West Group, Rochester, NY

In re *Johannes Christian Abrams  and Elizabeth Sue Abrams* / Debtor        Case No. _____

                                                                                            (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Hometown Rental*<br>*1213 Highland Avenue*<br>*Carrollton KY  41008* | Contract Type: *Home Furnishings/Appliances*<br>Terms: *48 Monthly payments of $26*<br>Beginning date: *6/25/2004*<br>Debtor's Interest: *Purchaser*<br>Description: *TV and dryer*<br><br>Buyout Option: *57.09* |

In re *Johannes Christian Abrams  and Elizabeth Sue Abrams*    / Debtor        Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

FORM B6I (12/03) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_    / Debtor    Case No. _____

(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP _son_ | AGE _2 weeks_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Contractor_ | _Part Time Deputy Jailer_ |
| Name of Employer | _Steele Service_ | _Carroll County Detention Cente_ |
| How Long Employed | _10 montths_ | _7 months_ |
| Address of Employer | _4770 Hwy 42E_<br>_Carrollton KY  41008_ | _800 Clay Street_<br>_Carrollton KY  41008_ |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 1,680.00 | $ 428.00 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 1,680.00 | $ 428.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 0.00 | $ 41.16 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 41.16 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,680.00 | $ 386.84 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance<br>Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income | | |
| Specify:  _Adecco - second job_ | $ 64.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 1,744.00 | $ 386.84 |

TOTAL COMBINED MONTHLY INCOME    $    2,130.84
(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J (6/90) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_ / Debtor          Case No. _____

                                                                                       (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 500.00 |
| Are real estate taxes included?    Yes ☐    No ☒ | | |
| Is property insurance included?    Yes ☐    No ☒ | | |
| Utilities: Electricity and heating fuel | $ | 90.00 |
| Water and sewer | $ | 32.00 |
| Telephone | $ | 60.00 |
| Other    _Cell Phone_ | $ | 100.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 20.00 |
| Food | $ | 400.00 |
| Clothing | $ | 30.00 |
| Laundry and dry cleaning | $ | 20.00 |
| Medical and dental expenses | $ | 40.00 |
| Transportation (not including car payments) | $ | 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | $ | 10.00 |
| Life | $ | 4.45 |
| Health | $ | 0.00 |
| Auto | $ | 93.21 |
| Other    _Health Insurance deductible_ | $ | 20.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | | |
| Specify: | $ | 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
| Auto | $ | 175.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other:    _Pet Care_ | $ | 40.00 |
| Other:    _Internet Access_ | $ | 29.00 |
| Other: | $ | 0.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ | 1,913.66 |

FORM B6 (6/90) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re  *Johannes Christian Abrams  and Elizabeth Sue Abrams*

Case No.
Chapter    **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $        0.00 | | |
| B-Personal Property | *Yes* | *3* | $     5,470.75 | | |
| C-Property Claimed as Exempt | *Yes* | *1* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *1* | | $      7,958.60 | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *1* | | $        0.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *8* | | $     29,068.25 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $      2,130.84 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $      1,913.66 |
| Total Number of Sheets in All Schedules ▶ | | *19* | | | |
| Total Assets ▶ | | | $      5,470.75 | | |
| Total Liabilities ▶ | | | | $     37,026.85 | |

FORM B6 (6/90) West Group, Rochester, NY

In re _Johannes Christian Abrams  and Elizabeth Sue Abrams_____/ Debtor    Case No. _____
(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___20___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: _____    Signature _/s/ Johannes Christian Abrams_____
                                        _Johannes Christian Abrams_


Date: _____    Signature _/s/ Elizabeth Sue Abrams_____
                                        _Elizabeth Sue Abrams_

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re    *Johannes Christian Abrams*
      *aka Chris Abrams*
       *and*
      *Elizabeth Sue Abrams*
      *aka Beth Abrams*

Case No.
Chapter   7

_____ / Debtor

Attorney for Debtor:    *Lisa F. Osborne*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.   The undersigned is the attorney for the debtor(s) in this case.

2.   The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
       connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *700.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *700.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.   $_____*209.00*_____ of the filing fee in this case has been paid.

4.   The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
       file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
       court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.   The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
      *None other*

6.   The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
      *None other*

7.   The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
      *None*

8.   The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
      *None*

Dated:                      Respectfully submitted,

                X */s/ Lisa F. Osborne* _____
Attorney for Petitioner: *Lisa F. Osborne*
                      *Osborne Law Office*
                      *509 Highland Ave.*
                      *PO Box 333*
                      *Carrollton KY  41008*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re *Johannes Christian Abrams  and Elizabeth Sue Abrams*          Case No.
                                                                      Chapter   7

_____ / Debtor

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION - HUSBAND'S DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *Household Goods and Furnishings* | *WORLD ACCEPTANCE CORP* |

**b.   Property to Be Retained.**                                   [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____        Debtor: */s/ Johannes Christian Abrams* _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re *Johannes Christian Abrams  and Elizabeth Sue Abrams*                    Case No.
                                                                              Chapter   7

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - WIFE'S DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

**a.   Property to Be Surrendered.**

| Description of Property | Creditor's Name |
|---|---|
| *Household Goods and Furnishings* | *WORLD ACCEPTANCE CORP* |

**b.   Property to Be Retained.**                                    [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *None* | | | | |

### Signature of Debtor(s)

Date: _____     Debtor: */s/ Elizabeth Sue Abrams*

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re *Johannes Christian Abrams  and Elizabeth Sue Abrams*        Case No.
                                                                    Chapter  **7**

_____ / Debtor

## CHAPTER 7 STATEMENT OF INTENTION - JOINT DEBTS

**1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.**

**2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:**

### a.  Property to Be Surrendered.

| Description of Property | Creditor's Name |
|---|---|
| *Personal Computer* | *DELL FINANCIAL SVCS/CI* |

### b.  Property to Be Retained.                                    [Check any applicable statement.]

| Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| *Automobile - 1994 Nissan Sentra XE* | *EAGLE FINANCIAL SERVICES* | *X* | | *X* |
| *Automobile - 1994 Dodge Dakota* | *EAGLE FINANCIAL SERVICES* | *X* | | *X* |

### Signature of Debtor(s)

Date: _____        Debtor: */s/ Johannes Christian Abrams* _____

Date: _____        Joint Debtor: */s/ Elizabeth Sue Abrams* _____

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY

In re *Johannes Christian Abrams*
  *aka Chris Abrams*
  *and*
  *Elizabeth Sue Abrams*
  *aka Beth Abrams*

Case No.
Chapter   7

_____ / Debtor

Attorney for Debtor:   *Lisa F. Osborne*

## VERIFICATION OF MAILING LIST MATRIX

I, *Johannes Christian Abrams  & Elizabeth Sue Abrams*, the petitioner(s) in the above-styled bankruptcy action, declare

under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting

of ___7___ pages is true and correct and complete, to the best of my (our) knowledge.

DATED:_____

*/s/ Johannes Christian Abrams*_____
DEBTOR

*/s/ Elizabeth Sue Abrams*_____
JOINT DEBTOR

I, *Lisa F. Osborne*_____, counsel for the petitioner(s) in the above-styled bankruptcy

action, declare that the attached mailing matrix consisting of ___7___ pages has been verified by

comparison to Schedules D through H to be complete, to the best of my knowledge.  I further delcare that

the attached mailing list matrix can be relied upon by the Clerk of the Court to provide notice to all creditors

and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such

time as any amendments may be made.

DATED _____

*/s/ Lisa F. Osborne*_____
COUNSEL FOR DEBTOR(S)

Allied Interstate
(Sprint PCS)
PO Box 361475
Columbus, OH  43236-1475


America Online
GPO
PO Box 17400
Jacksonville, FL  32245-7400


Baptist Hospital Northeast
PO Box 32870
Louisville, KY  40232-2870


Bellsouth
PO Box 1262
Charlotte, NC  28201-1262


Caritas Physicians Group
PO Box 950135
Dept 52673
Louisville, KY  40295-0135


Carroll County Hospital
309 Eleventh Street
Carrollton, KY  41008-1435


Castor, Hon. Anthony J.
(KDH & Health Services)
320 Walnut Street
Madison, IN  47250

CBCS
(Cingular Wireless)
PO Box 69
Columbus, OH  43216


Clinical Associates, PSC
PO Box 437169
Louisville, KY  40253-7169


Collectech Systems Inc.
(Sprint PCS)
PO Box 4157
Woodland Hills, CA  91365


Columbia House
PO Box 1114
1400 N. Fruitridge Avenue
Terre Haute, IN  47811


Corporate Receivables Inc.
(Household Bank)
PO Box 32995
Phoenix, AZ  85064-2995


CRED PROTECTIONS ASSOC
(Insight Communications)
1355 NOEL RD SUITE 2100
DALLAS, TX  75240


Credit Bureau of Madison
(King's Daughters' Hospital)
548 Inglis Street
Madison, IN  47250

Credit Bureau Systems, Inc.
(Carroll County Hospital)
PO Box 11788
Lexington, KY  40578-1788


Credit Collection Services
(Progressive Insurance Co.)
PO Box 55126
Boston, MA  02205-5126


DELL FINANCIAL SVCS/CI
12234 N IH 35 SB BLDG B
AUSTIN, TX  78754


Diagnostic Imaging Alliance
Dept. 8054
Carol Stream, IL  60122-8054


Dial Adjustment Bureau
(Sports Illustrated)
960 Macarthur Blvd.
Mahwah, NJ  07495-0011


DISCOVER FINANCIAL SVC
PO BOX 15316
WILMINGTON, DE  19850


EAGLE FINANCIAL SERVICES
317 LAGRANGE SQUAR
LA GRANGE, KY  40031

Frost-Arnett Company
(Bellsouth & Bsouth Telecommu)
PO Box 198988
Nashville, TN  37219-8988


GLA COLLECTION CO INC
(Baptist Hosp Northeast)
PO BOX 991199
LOUISVILLE, KY  40269


GLOBAL PAYMENTS CHECK
7050 UNION PARK CTR
MIDVALE, UT  84047


Global Vantedge
(Bellsouth)
PO Box 940
Brookfield, WI  53008-0940


Hometown Rental
1213 Highland Avenue
Carrollton, KY  41008


HSBC/BSBUY
PO BOX 15519
WILMINGTON, DE  19850


King's Daughters' Hospital
P.O. Box 159
Madison, IN  47250

Louisville Collectors & Assoc.
(Cosmo Model & Talent, Inc.)
12700 Shelbyville Rd.
Louisville, KY  40243


Louisville ENT Associates, PSC
Medical Arts Building
1169 Eastern Pkwy, Suite 1234
Louisville, KY  40217


Nationwide Credit Inc.
(Directv)
2015 Vaughn Rd NW, Ste 30
Kennesaw, GA  30144


NCO Financial Systems, Inc.
(Diagnostic Imaging Alliance)
Department 8054
Carol Stream, IL  60122-8054


North Shore Agency, Inc.
(Baby's First Disney Books)
PO Box 8922
Westbury, NY  11590-8922


OSI Collection Services, Inc.
(Radio Shack Logo 311 &312)
PO Box 946
Brookfield, WI  53008-0946

```
Oxford Management Services
Dell Financial
CS 9018
Melville, NY  11747


Parenting Magazine
PO Box 60001
Tampa, FL  33660-0001


Progressive Management Systems
1521 West Cameron Ave
 PO Box 2220
West Covina, CA  91793-9917


Quest Diagnostic
PO Box 41652
Philadelphia, PA  19101-1652


Radio Shack
PO Box 689182
Des Moines, IA  50364-0001


RSHK/CBUSA
PO BOX 9714
GRAY, TN  37615


Scholastic
2931 East McCarty Street
Jefferson City, MO  65101
```

Sprint PCS
PO Box 361743
Columbus, OH   43236


Terminix
1830 Airport Exchange Blvd
Suite 190
Elsmere, KY   41018


Tri-County Obgyn
1023 New Moody Lane #103
LaGrange , KY   40031


Tyson Schwab Short & Weiss PSC
222 Building
222 S. 1st St, Ste 600
Louisville, KY   40202-5302


VERIZON WIRELESS/GREAT
1515 WOODFIELD RD STE140
SCHAUMBURG, IL   60173


WORLD ACCEPTANCE CORP
101 FLOYD DR
CARROLLTON, KY   41008

Form B 201 (11/03) West Group, Rochester, NY

# UNITED STATES BANKRUPTCY COURT
# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.    Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankuptcy petition will be defeated.

4.    Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.    Under certain circumstances you may keep property that you have purchased subject to valid security interest.
Your attorney can expain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.    Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankuptcy Code.

2.    Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.    Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.    After completion of payments under the plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | |
|---|---|
| _____ | */s/Johannes Christian Abrams* _____ |
| Date | Signature of Debtor |
| _____ | */s/Elizabeth Sue Abrams* _____ |
| Date | Signature of Joint Debtor |

DEBTOR COPY        COURT COPY
(circle one)